# Exhibit B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: _____

MICHAEL SMART, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

BOSE CORPORATION,

    Defendant.

Removed from the Circuit Court
Of Marion County, Florida
CASE NO. 21-254-CA

**DECLARATION OF MICHAEL SAUNDERS IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL**

I, Michael Saunders, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen (18). I have personal knowledge of the facts stated in this declaration, and if called to testify, could and would competently testify thereto.

2. I am employed by Bose Corporation ("Bose"), as a Program Manager. As a Program Manager, I have personal knowledge of the data reflected in Bose's records as described below.

3. Bose maintains a website, www.bose.com, which offers users the ability to purchase Bose products. The website can be accessed via desktop and mobile web browsers.

4. Based on aggregated city level data for the period from April 1, 2020 through January 31, 2021, Bose's records indicate that at least 34,000 users visited Bose's website and purchased a product from locations in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: March 9, 2021

/s/ Michael J. Saunders
Michael Saunders