# Exhibit C



New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 422021CA000254CAAXXX [21CA000254AX] | 02/10/2021 | Circuit Civil 3-D | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 02/10/2021 | OTHER CIRCUIT CIVIL | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| SCOTT, EDWARD LEON | JUDGE | | |
| BOSE CORPORATION   Search This Party | DEFENDANT | | |
| SMART, MICHAEL   Search This Party | PLAINTIFF | BERG, GARRETT O. | 1000427 |

**Dockets**

Page : 1    10

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 11 | 03/03/2021 | NOTICE OF APPEARANCE ON BEHALF OF MICHAEL SMART | 2 |
| 📄 | 10 | 02/23/2021 | SUMMONS RETURNED SERVED FOR DEFT BOSE CORPORATION | 3 |
| 📄 | 8 | 02/11/2021 | SUMMONS ISSUED | 2 |
| 📄 | 9 | 02/10/2021 | NOTICE OF APPEARANCE FILED BY PLTF MICHAEL SMART | 1 |
| 📄 | 7 | 02/10/2021 | EFILED SUMMONS | 2 |
| 📄 | 6 | 02/10/2021 | PETITION/COMPLAINT | 9 |
| 📄 | 5 | 02/10/2021 | CIVIL COVER SHEET | 3 |
| | 4 | 02/10/2021 | Payment received: $410.00 Receipt Number XX 606968 | |
| | 3 | 02/10/2021 | Assessment 1 assessed at sum $410.00 | |
| | 2 | 02/10/2021 | Judge: Assigned | |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.