IN THE CIRCUIT COURT OF THE 5TH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

MICHAEL SMART, *individually and on behalf of all others similarly situated*,

CASE NO. 21-254-CA

Plaintiff,

vs.

BOSE CORPORATION,

Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL

To: Counsel for Plaintiff

Andrew J. Shamis
Garrett O. Berg
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
ashamis@shamisgentile.com
gberg@shamisgentile.com

Manuel Hiraldo
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
MHiraldo@Hiraldolaw.com

Scott Edelsberg
EDELSBERG LAW, PA
20900 NE 30th Avenue, Suite 417
Aventura, Florida 33180
scott@edelsberglaw.com

Clerk of Court, 5th Judicial Circuit
Marion County, Florida

NOTICE IS GIVEN that pursuant to 28 U.S.C. § 1453, Defendant Bose Corporation filed a Notice of Removal on March 9, 2021, in the United States District Court for the Middle

District of Florida, Ocala Division for this matter. This action is removed from the Circuit Court of Marion County, Florida to the United States District Court for the Middle District of Florida, together with copies of all pleadings served upon Defendant Bose Corporation.

A copy of Defendant's Notice of Removal filed with the United States District Court is attached hereto as Exhibit A and filed with this Court.

Dated: March 9, 2021

Respectfully submitted,

By: /s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937
Primary email: nury@zwillgen.com
**ZWILLGEN PLLC**
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

*Attorney for Defendant Bose Corporation*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to all parties of record, this 9th day of March, 2021.

/s/ Nury Siekkinen
Nury Siekkinen (Florida Bar No. 1015937)