UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 5:21-cv-00142-JSM-PRL

MICHAEL SMART,
individually and on behalf of all,
others similarly situated,

       **CLASS ACTION**

   Plaintiff,

       **JURY TRIAL DEMANDED**

v.

BOSE CORPORATION,

   Defendant.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**

PLEASE TAKE NOTICE that Manuel S. Hiraldo of the law firm of Hiraldo P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: March 9, 2021

        Respectfully submitted,

        **HIRALDO P.A.**
        401 E. Las Olas Boulevard
        Suite 1400
        Ft. Lauderdale, Florida 33301

        */s/ Manuel S. Hiraldo*
        Manuel S. Hiraldo
        Florida Bar No. 030380
        mhiraldo@hiraldolaw.com
        Telephone: 954.400.4713
        *Counsel for Plaintiff*