UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

MICHAEL SMART, individually
and on behalf of all others similarly
situated,

      Plaintiff,

vs.

BOSE CORPORATION,

      Defendant.
_____/

Case No. 5:21-cv-00142-JSM-PRL

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT WITH SUPPORTING AUTHORITY**

Defendant Bose Corporation ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b), files this Unopposed Motion for Enlargement of Time to Respond to the Class Action Complaint, and in support thereof, Defendant states as follows:

    1.    On or about February 10, 2021, Plaintiff Michael Smart filed a Class Action Complaint (the "Complaint") against Defendant in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida.

    2.    On March 9, 2021, Defendant removed the action to this Court. *See* Doc. 1.

    3.    Pursuant to Fed. R. Civ. P. 81(c), Defendant's deadline to respond to the Complaint is seven (7) days after filing notice of removal, March 16, 2021.

4.     This Court, for good cause shown, may order any period of time enlarged if the request is made before the expiration of the period originally prescribed. *See* Fed. R. Civ. P. 6(b)(1)(A). Defendant is filing this unopposed motion before its response to the Complaint is due.

5.     Good cause exists for enlarging the period for Defendant to respond to the Complaint. In order to conduct a complete review of the Complaint, analyze the issues presented in the Complaint, and prepare an appropriate response, Defendant requests an extension of time to answer, move, or otherwise respond to the Complaint through and including April 15, 2021.

6.     Defendant contacted counsel for Plaintiff and Plaintiff has consented to Defendant's request for an extension of time.

7.     This Motion is not being made for any purpose of delay, and no party will be prejudiced by this request. Further, Defendant has not previously requested nor has been granted an extension of time.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enter an order granting this Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint, which allows Defendant to file its response to the Complaint through and including April 15, 2021.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)**

Pursuant to Local Rule 3.01(G), I hereby certify that I have conferred with Counsel for Plaintiff regarding this motion and am authorized to state that

Plaintiff is not opposed to this Court granting Defendant's motion for a 30-day enlargement of time to respond to the Complaint.

Dated: March 10, 2021     Respectfully submitted,

By: /s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937
Primary email: nury@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

Attorney for Defendant Bose Corp.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of March, 2021, a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Andrew J. Shamis
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
ashamis@shamisgentile.com

Manuel S. Hiraldo
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
MHiraldo@Hiraldolaw.com


　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Nury Siekkinen
　　　　　　　　　　　　　　　　　　　　　　　　Nury Siekkinen