# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

MICHAEL SMART, individually
and on behalf of all others similarly
situated,

      Plaintiff,

vs.

BOSE CORPORATION,

      Defendant.
_____/

Case No. 5:21-cv-00142-JSM-PRL

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Michael Smart, Plaintiff

    Andrew J. Shamis, Attorney for the Plaintiff

    Shamis & Gentile, P.A., Attorneys for Plaintiff

Scott Edelsberg, Attorney for the Plaintiff

Edelsberg Law, PA, Attorneys for Plaintiff

Manuel Hiraldo, Attorney for the Plaintiff

Hiraldo P.A., Attorneys for Plaintiff

Bose Corporation, Defendant

Nury Siekkinen, Attorney for the Defendant

ZwillGen PLLC, Attorneys for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Michael Smart, Plaintiff

Potential Class Members

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or magistrate judge

assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 17, 2021    Respectfully submitted,

        By: /s/ Nury Siekkinen
           Nury Siekkinen
           Florida Bar No. 1015937
           Primary email: nury@zwillgen.com
           ZWILLGEN PLLC
           1900 M Street NW, Suite 250
           Washington, DC 20036
           Telephone: (202) 296-3585
           Facsimile: (202) 706-5298

        Attorney for Defendant Bose Corp.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of March, 2021, a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Andrew J. Shamis
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
ashamis@shamisgentile.com

Manuel S. Hiraldo
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, Florida 33301
MHiraldo@Hiraldolaw.com

/s/ Nury Siekkinen
Nury Siekkinen
Florida Bar No. 1015937
Primary email: nury@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298