UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL SMART, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

BOSE CORPORATION,

    Defendant.

Case No. 21-cv-00142

**DEFENDANT BOSE CORPORATION'S UNOPPOSED
MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant Bose Corporation ("Defendant"), pursuant to Local Rule 2.02, hereby moves the Court to enter an Order substituting Ashley Bruce Trehan, Esq. and Jordan D. Maglich, Esq. of Buchanan Ingersoll & Rooney PC as counsel for Defendant and granting leave for Nury Agudo Siekkinen, Esq. of ZwillGen PLLC to withdraw as counsel in this action. In support of its Unopposed Motion for Substitution of Counsel ("Motion"), Defendant respectfully states as follows:

1.    Defendant Bose has requested to substitute Ashley Bruce Trehan, Esq. and Jordan D. Maglich, Esq., attorneys of the law firm of Buchanan Ingersoll & Rooney PC, as counsel of record on behalf of Defendant in place of its present counsel of record, Nury Agudo Siekkinen, Esq. of ZwillGen PLLC, and requests that Nury Agudo Siekkinen, Esq. and ZwillGen PLLC be relieved of all further responsibility for representation of Defendant in this matter.

2.  Defendant further requests that all future correspondence and pleadings to be served upon Defendant be furnished to Ashley Bruce Trehan, Esq. and Jordan D. Maglich, Esq. of Buchanan Ingersoll & Rooney, as counsel for Defendant.

## MEMORANDUM OF LAW

Local Rule 2.02(c) allows an attorney, who has made a general appearance in this case, to withdraw upon receiving written leave of the Court. Prior to seeking leave of the Court, the attorney must give notice to the client or obtain the client's consent.

Both Ashley Bruce Trehan and Jordan D. Maglich are attorneys admitted to practice before this Court. Pursuant to Local Rule 2.02(c), the undersigned certifies that Defendant has been provided with notice of this motion and that Defendant consents to the withdrawal and substitution of counsel. Additionally, Plaintiff does not oppose the relief sought herein. No delay in the litigation or prejudice to any party will result from the substitution.

WHEREFORE, Defendant Bose Corporation respectfully requests that the Court grant this Unopposed Motion for Substitution of Counsel.

## LOCAL RULE 3.01(g) CERTIFICATION

I HEREBY CERTIFY that counsel for Defendant has conferred with counsel for Plaintiff and that counsel for Plaintiff does not oppose the relief sought herein.

Respectfully submitted,

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL  33602
Tel: (813) 228-8180
Fax: (813) 229-8189

and

COOLEY LLP
Michael G. Rhodes (California State Bar No. 116127)
(*pro hac vice forthcoming*)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222
Email:          rhodesmg@cooley.com
*Attorneys for Defendant*
*Bose Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2021, I electronically filed the foregoing and its attachment with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132

Manuel Hiraldo, Esq.
MHiraldo@Hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

Scott Edelsberg, Esq.
scott@edelsberglaw.com
EDELSBERG LAW, PA
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

*Attorneys for Plaintiff*

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189
*Attorneys for Defendant Bose Corporation*