IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 5:21-cv-00142

| | |
|---|---|
| MICHAEL SMART,<br>individually and on behalf of all others<br>similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| v. | |
| BOSE CORPORATION, | |
| *Defendant*. | |
| _____/ | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Scott Edelsberg of the law firm of Edelsberg Law, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: April 7, 2021

                                                                      Respectfully submitted,

                                                                       */s/ Scott Edelsberg*
                                                                       Scott Edelsberg, Esq.
                                                                       Florida Bar No. 0100537
                                                                       California Bar No. 330990
                                                                       scott@edelsberglaw.com
                                                                       **EDELSBERG LAW, PA**
                                                                       20900 NE 30th Ave., Suite 417
                                                                       Aventura, FL 33180
                                                                       Office: (305) 975-3320

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

> Respectfully submitted,
> */s/ Scott Edelsberg*