*Smart v. Bose Corporation*

# Exhibit A to Notice of Related Actions

## List of Related Actions:

- *Swiggum v. EAN Services, LLC*, Case No. 9:21-cv-00493-TPB-CPT (M.D. Fla.) (U.S. District Judge Thomas P. Barber)
- *Benstine v. Lumen Technologies, Inc. f/k/a CenturyLink, Inc.*, Case No. 2:21-cv-00275-JLB-NPM (M.D. Fla.) (U.S. District Judge John L. Badalamenti)
- *Smart v. The Home Depot Inc.*, Case No. 5:21-cv-00153-JSM-PRL (M.D. Fla.) (U.S. District Judge James S. Moody, Jr.)
- *Holden v. Banana Republic, LLC*, Case No. 3:21-cv-00268-BJD-JRK (M.D. Fla.) (U.S. District Judge Brian J. Davis)
- *Holden v. Old Navy, LLC*, Case No. 3:21-cv-00270-BJD-PDB (M.D. Fla) (U.S. District Judge Brian J. Davis)
- *Holden v. NortonLifeLock Inc.*, Case No. 3:21-cv-00279-BJD-JRK (M.D. Fla.) (U.S. District Judge Brian J. Davis)
- *Harris v. Edward D. Jones & Co.*, Case No. 3:21-cv-00330-BJD-JBT (M.D. Fla.) (U.S. District Judge Brian J. Davis)
- *Holden v. Fossil Group, Inc.*, Case No. 3:21-cv-00300-TJC-JBT (M.D. Fla.) (U.S. District Judge Timothy J. Corrigan)
- *Zarnesky v. Frontier Airlines, Inc.*, Case No. 3:21-cv-536 (M.D.Fla.) (U.S. District Judge Wendy Berger)
- *Goldstein v. Fandango Media, LLC*, Case No. 9:21-cv-80466 (S.D. Fla.) (U.S. District Judge Rodolfo A. Ruiz, II)
- *Goldstein v. Luxottica of America, Inc. dba Ray-Ban*, Case No. 9:21-cv-80546-AMC (S.D. Fla.) (U.S. District Judge Aileen M. Cannon)
- *Perez v. Western Union Holdings*, Case No. 0:21-cv-60616-RKA (S.D. Fla.) (U.S. District Judge Roy K. Altman)
- *Vicario v. The Neiman Marcus Group LLC*, Case No. No. 1:21-cv-21065 (S.D. Fla.) (U.S. District Judge Robert N. Scola, Jr.)
- *Goldstein v. T-Mobile USA Inc.*, Case No. 9:21-cv-80545-JIC (S.D. Fla.) (U.S. District Judge James I. Cohn)
- *Goldstein v. Costco Wholesale Corporation*, Case No. 9:21-cv-80601-RAR (S.D. Fla.) (U.S. District Judge Rodolfo A. Ruiz, II)
- *Vicario v. Disney Store USA, LLC*, Case No. 1:21-cv-21134-UU (S.D. Fla.) (U.S. District Judge Ursula Ungaro)
- *Liberto v. The Gap, Inc.*, Case No. 3:21-cv-510 (N.D. Fla.) (U.S. District Chief Judge Margaret Catherine Rodgers)
- *Liberto v. Dillard's Inc.*, Case 3:21-cv-00517-MCR-EMT (N.D. Fla.) (U.S. District Chief Judge Margaret Catherine Rodgers)

- *Londers v. Intel Corporation*, Case No. 5:21-cv-00182 (M.D. Fla.) (U.S. District Judge James S. Moody, Jr.)
- *Underhill v. HSN, Inc.*, Case No. 2021-CA-000290 (4th Jud. Ct. Duval County) (Circuit Court Judge Katie L. Dearing)
- *Goldstein v. Avis Budget Group, Inc.*, Case No. 2021-CA-001597 (15th Jud. Ct. Palm Beach County) (Circuit Court Judge John S. Kastrenakes)
- *Marshall v. WebMD LLC*, Case No. 8:21-cv-00683 (M.D. Fla.) (U.S. District Judge William F. Jung)
- *Jacome v. Spirit Airlines, Inc.*, Case No. 2021-000947-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Court Judge Carlos Lopez)
- *Vicario v. Puma North America, Inc.*, Case No. 2021-003535-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Judge Maria de Jesus Santovenia)
- *Swiggum v. Beall's Inc.*, Case No. 2021-CA-000168 (12th Jud. Ct. Manatee County) (Circuit Court Judge Charles Sniffen)
- *Zarnesky v. Adidas America Inc.*, Case No. 6:21-cv-00540 (M.D. Fla.) (U.S. District Judge Gregory A. Presnell)
- *Harris v. Euromarket Designs Inc. dba Crate and Barrel*, Case No. 2021-CA-000907 (4th Jud. Ct. Duval County) (Circuit Court Judge Gary Wilkinson)
- *Belanger v. Norwegian Cruise Line Holdings Ltd.*, Case No. 2021 30222 CICI (7th Jud. Ct. Volusia County) (Circuit Court Judge Mary J. Jolley)
- *Harris v. Six Continents Hotels Inc.*, Case No. 2021-CA-001043 (4th Jud. Ct. Duval County) (Circuit Court Judge Gary Wilkinson)
- *Leace v. General Motors LLC*, Case No. 0:21-cv-60721-RAR (S.D. Fla.) (U.S. District Judge Rodolfo A. Ruiz, II)
- *Neal v. Container Store Inc.*, Case No. CACE21004409 (17th Jud. Ct. Broward County) (Circuit Court Judge Jeffery R. Levenson)
- *Makkinje v. AthenaHealth, Inc.*, Case No. 8:21-cv-00861 (M.D. Fla.) (U.S. District Judge Mary S. Scriven)
- *Cardoso v. Whirlpool Corp.*, Case No. 0:21-cv-60784-WPD (S.D. Fla.) (U.S. District Judge William P. Dimitrouleas)
- *Tammy Lee Connor v. Whirlpool Corporation*, Case No. 2021-CA-000561 (19th Jud. Ct. St. Lucie County) (Circuit Court Judge Laurie E. Buchanan)