UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL SMART, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

BOSE CORPORATION,

Defendant.

Case No.  5:21-cv-00142-JSM-PRL

**DEFENDANT'S UNOPPOSED MOTION FOR
AARTI REDDY TO APPEAR *PRO HAC VICE***

Defendant Bose Corporation ("Bose" or "Defendant"), pursuant to Rule 2.01(c) of the Local Rules of the United States District Court for the Middle District of Florida, and through its undersigned counsel, respectfully moves for the admission *pro hac vice* of the following attorney for purposes of appearance as counsel on behalf of Defendant in this action:

>   Aarti Reddy
>   California Bar No. 274889
>   areddi@cooley.com
>   Cooley LLP
>   101 California Street, 5th Floor
>   Tel:   (415) 693-2000
>   Fax:  (415) 693-2222

In support, Defendant states:

1. Aarti Reddy is a member in good standing of the California Bar since December 22, 2010 (California Bar No. 274889).

2. Ms. Reddy is also a member in good standing of the Washington, D.C. Bar since February 6, 2012 (Washington, D.C. Bar No. 1005818).

3. Ms. Reddy is admitted to practice before the United States Supreme Court.

4. Ms. Reddy is admitted to practice in the Ninth Circuit Court of Appeals.

5. Ms. Reddy is admitted to practice in the following United States District Courts:

- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California

6. Ms. Reddy is not a resident of Florida, is not a member of The Florida Bar, is not admitted to practice in the United States District Court for the Middle District of Florida, and does not maintain a regular practice of law in the State of Florida.

7. Ms. Reddy has initially appeared in the following cases in state or federal court in Florida in the last thirty-six (36) months:

- None[1]

---

[1] Ms. Reddy is in the process of contemporaneously seeking admission *pro hac vice* in two related cases: (i) *Goldstein v. Costco Wholesale Corporation*, Case No. 9:21-cv-80601-RAR (S.D. Fla.); and (ii) *Zarensky v. Frontier Airlines, Inc.*, Case No. 6:21-cv-00536-WWB-DCI (M.D.Fla.).  However, as of the date of the filing of this motion, Ms. Reddy has not filed an initial appearance in any state or case in Florida during the last thirty-six (36) months.

7. Ms. Reddy acknowledges that she is familiar with 28 U.S.C. § 1927 and that she will comply with the federal rules and the local rules for the United States District Court for the Middle District of Florida.

8. Ms. Reddy has reviewed and is familiar with the Local Rules of the Middle District of Florida.

9. Mr. Ms. Reddy's completed Special Attorney Admission Certification is attached hereto as **Exhibit A**.

10. Upon entry of an order granting his *pro hac vice* admission, Ms. Reddy will comply with the CM/ECF registration requirements of Local Rule 2.01.

WHEREFORE, Defendant Bose Corporation respectfully moves this Court for entry of an Order permitting attorney Aarti Reddy to appear before this Court on behalf of Defendant Bose Corporation.

### Local Rule 3.01(g) Certification

I HEREBY CERTIFY that counsel for Defendant has conferred with counsel for Plaintiff and that counsel for Plaintiff does not oppose the relief sought herein.

Respectfully submitted,

/s/ *Jordan D. Maglich*
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL  33602
Tel: (813) 228-8180
Fax: (813) 229-8189

- 4 -

and

COOLEY LLP
Aarti Reddy (California State Bar No. 274889)
(*pro hac vice forthcoming*)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222
Email:           areddy@cooley.com
*Attorneys for Defendant Bose Corporation.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2021, I electronically filed the foregoing and any attachments referenced therein with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Jordan D. Maglich*
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189