# BOSE PRIVACY POLICY

**Effective date:  21 April 2020**

Your privacy is important to Bose so we've developed a Privacy Policy that covers how we collect, use, disclose, transfer, and store your personal information.

California Privacy Notice of Collection Link is US ONLY

This Privacy Policy describes the data protection practices of Bose ("Bose," "we," "us," or "our"). Bose provides services to users throughout the world.

- If you live in the United States, Latin America, or Canada, Bose Corporation (located at The Mountain, Framingham, MA 01701) is the data controller for your information.
- If you live in China, Bose Electronics (Shanghai) Company Limited (located at Part C, Plant 9, No. 353 North Riying, China (Shanghai) Pilot Free Trade Zone) is the data controller for your information.
- If you live anywhere else, Bose Products B.V. (located at Gorslaan 60, Purmerend, The Netherlands) is the data controller with the exception of processing activities in relation to product support, product analysis, and development activities for which Bose Corp. is the data controller.

**PLEASE READ THIS PRIVACY POLICY CAREFULLY TO UNDERSTAND HOW WE HANDLE YOUR INFORMATION. IF YOU DO NOT AGREE TO THIS PRIVACY POLICY, PLEASE DO NOT USE THE SERVICES. IF YOU HAVE PURCHASED SERVICES SUBJECT TO THIS PRIVACY POLICY, PLEASE DISCONTINUE THE SET-UP OF YOUR SERVICES AND CONTACT BOSE USING THE CONTACT INFORMATION BELOW.**

This Privacy Policy contains the following sections:

- The Information We Collect
- How We Use Your Information
- Legal Bases for Use of Your Information

- Cookies and Similar Technologies
- Online Analytics and Advertising
- How We Share and Disclose Your Information
- Retention of Your Information
- Data Subject Rights and Your Choices
- Third Party Links and Features
- Children's Privacy
- Information for California Residents
- Information for Nevada Residents
- Information for International Residents
- Information for Employment Applicants
- How We Protect Your Information
- Employment Applications
- Changes to Our Privacy Policy
- Bose Contact Information

# THE INFORMATION WE COLLECT

This Privacy Policy applies to the information that we collect and use about you when you:

- Access or use any Bose website (including when you make purchases through any worldwide Bose online shops), mobile application, hardware (e.g. Bose products that provide a direct or indirect connection to the Internet including headphones and wireless speakers), software, or other online or mobile service that links to or otherwise presents this Privacy Policy to you;
- Visit a Bose retail store;
- Connect with a Bose digital display at a retail store; or
- Participate in a Bose research survey or study.

We refer to these products and services collectively as the "Services".

We obtain information about you through the means discussed below when we provide the Services. Please note that we need certain types of information so that we can provide the Services to you. If you do not provide us with such information, or ask us to delete it, you may no longer be able to access or use our Services.

## 1. Information You Provide to Us

Bose collects a variety of information that you provide directly to us. For example, Bose collects information from you through:

- Processing your orders
- Requests or questions you submit to us via forms or email
- Your communications and dealings with us (including on our websites, in stores, at special events, over the phone, on third-party social media sites, and by mail or email)
- The Services that you use
- Your participation in Bose sweepstakes, contests, or research
- Any reviews that you submit about the Services and Bose products
- Employment applications
- Account and product registration and administration of your account
- Uploads or posts to the Services
- Requests for customer support and technical assistance

Although other Bose entities will also collect and process this information, as described at the beginning of the Privacy Policy, Bose Corporation, Bose Electronics (Shanghai) Company Limited, or Bose Products B.V. will always be the data controller in respect to such processing.

**Information about you**. While some of the Services may not require you to provide any information that can directly identify you by name, the specific types of information we collect will depend upon the Services you use, how you use them, and the information you choose to provide. The types of data we collect directly from you includes:

- Name, address, telephone number and email address (and company name, address, contact information, and other company details if you are using a Bose business website or product)
- Log-in credentials, if you create a Bose account
- Billing information, such as shipping address, credit or debit card number, verification number, and expiration date
- Information about purchases or other transactions with us
- Information about your customer service and maintenance interactions with us
- Information you choose to attribute in connection with your devices (e.g., the name of the musical venue you upload in a Bose app and share with other users or the name you have given to your Bose product)
- Demographic information such as your gender

- If you choose to participate in a Bose research study related to our products and services, information provided in connection with such research
- User-generated content you post in public online Bose forums (e.g., the Bose Community)
- Any other information you choose to directly provide to Bose in connection with your use of the Services.

**Information about others**. If you request that your Bose purchase be shipped to someone other than yourself (such as a gift recipient), we use the information you provide about the other person to fulfill the shipment.

**Bose ID**. Some of our products and features will allow you or require you to create an account and establish a Bose ID. This ID may allow you to sign into a range of Bose Services. It also enables Bose to consolidate information collected across a range of Bose products and services, which helps us provide you with a more seamless experience across our Services.

## 2. Information We Collect Through Automated Means

When you use our Services, we collect certain information as described in this Section. As discussed further below, we and our service providers (which are third party companies that work on our behalf), may use a variety of technologies, including cookies and similar tools, to assist in collecting this information.

**Websites**. When you use our websites, we collect and analyze information such as your IP address, browser types, browser language, operating system, the state or country from which you accessed the Services, software and hardware attributes (including device IDs) referring and exit pages and URLs, platform type, the number of clicks, files you download, domain names, landing pages, pages viewed and the order of those pages, the amount of time spent on particular pages, the terms you use in searches on our sites, the date and time you used the Services and upload or post content, error logs, and other similar information.

**Connected Bose Products**. If you connect your Bose product (such as headphones or speakers) to the Internet or to a Bose mobile application **or software**, we may automatically receive information from the Bose product about how you use the product. Such information includes:

- Technical data, such as your product serial number or model number, device operating system version, MAC address(es), Wi-Fi® signal strength, firmware version, IP address, SSIDs, log files, durations, service tokens, Internet connection type and carrier, and unique identifiers associated with the computer, tablet, or mobile device used in connection with the Bose product
- Usage data, such as time spent using different features/settings of the product, the day and time you used the product, sensor data **(e.g. head orientation and movement)**, button presses, the media and other external sources to which you connect your product, and, as applicable, your product's power spectrum, sound pressure level, volume levels, and streaming information (including content stored on system presets, stations played, playlists, artists, albums, songs, or podcasts), time zone, and transactional data enabling digital rights management (e.g., for music content providers to give appropriate credit to artists depending on how often their content is played)
- Service "tokens" containing authentication information that enables delivery of third-party content to your Bose product (e.g., to synch your connected products to your Spotify account each time you use them)
- Diagnostic data, such as battery life, the quality of the wireless connection, and error logs); and
- Environmental data (e.g., noise level and audio frequencies).

**Bose Mobile Applications and Software.** When you use a Bose mobile application or software, we automatically receive certain information about the mobile phone, tablet, or computer used to access the application or software, including a mobile device identifier, IP address, operating system, version, Internet service provider, browser type, domain name and other similar information, whether and when you update the app and your connected Bose products, date and time of use, and how you use the app, including time spent in different portions of the application, content accessed or downloaded (including stations played, playlists, artists, albums, songs, or podcasts), and list of systems and software applications.

**A special note about the Bose Connect Application.** Please note that if you are a user of the Bose Connect Application, you can opt out of the collection of diagnostic and usage data by visiting the Privacy Policy & Settings menu in the Bose Connect Application.

**Location Information**. When you use the Services, we and our service providers may automatically collect general location information (e.g., IP address, city/state and or postal code associated with an IP address) from your computer or mobile device. This information allows us to enable access to content that varies based on a user's general location (e.g., providing access to local radio stations).

We will ask your permission before collecting your precise GPS location information. In such instances, we will use your precise geo-location information to provide customized services, content, promotional offers and other information that may be of interest to you. We may also use this information to enable you to locate a lost or stolen device. If you no longer wish for us and our service providers to collect and use GPS location information, you may disable the location features on your device. Please see your device manufacturer settings. Please note that if you disable such features, you will not be able to access or receive some or all of the services, content, features, and/or products made available via the Services.

**Collection of Information Across Bose Products, Personal Devices, and Applications**. Sometimes, we (or our service providers) may use the information we collect — for instance, usernames, IP addresses and unique mobile device identifiers — to locate or try to locate the same unique users across multiple browsers or devices (such as smartphones, tablets, or connected Bose products), or work with providers that do this, in order to better tailor content and features and provide you with a seamless experience across devices. If you wish to opt out of cross device tracking for purposes of interest-based advertising, you may do so through your Android or Apple device-based settings.

## 3. Information We Collect at Bose Retail Locations

We use a third-party service provider, RetailNext, to gather mobile and video analytics in Bose retail stores. This service provider provides insights about consumers' behavior in and around Bose retail stores based on the collection of information from consumers' Wi-Fi® and Bluetooth-enabled devices and from in-store video cameras. The information collected is handled by Bose in accordance with this Privacy Policy. Information about how RetailNext handles such information can be found in their privacy policy. More information about the data we collect through RetailNext.

At Bose retail locations or third-party retail locations that sell Bose products, you may additionally have the ability to connect your personal devices to Bose digital displays or to otherwise provide information about yourself through such displays. If you choose to connect to such displays or provide Bose with information about yourself in this way, the types of information we collect include the type of phone you are using to initiate the connection (e.g., iOS7) and the name you assigned to your phone (if any).

## 4. Information We Collect from Social Media and Other Platforms

If you access the Services through a third-party connection or log-in (e.g., through a social network), you may allow us to have access to and store certain information from your social network profile. This includes your name, gender, profile picture, your "likes" and check-ins, and your list of friends, depending on your settings on such services. If you do not wish to have this information shared, do not use a social networking connection to access the Services. For a description of how social networking sites handle your information, please refer to their privacy policies and terms of use, which may permit you to modify your privacy settings.

Similarly, if you connect your Bose device to underlying platforms or content providers (e.g., Spotify, Amazon Alexa, and Google Assistant), such providers allow us and our service providers to have access to and store additional information about your interaction with those providers as it relates to use of the Services (e.g., to display your recently-played Spotify

playlist within Bose connected products and mobile applications, understand how often you use Alexa to play music, etc.). If you do not wish to have this information shared, do not initiate these connections.

When you "like" or "follow" us on Facebook, Instagram, Twitter, or other social media sites, we may collect some information from you including your name, e-mail address, and any comments or content you post relevant to us. We also collect your information if you sign up for one of our promotions or submit information to us through social media sites.

### 5. Information We Collect from Others

Bose may receive additional information such as demographic and statistical information from third parties, such as business partners, marketers, researchers, analysts, and other parties that we may attribute to you based on your assignment to certain statistical groups. We use this information to supplement the information that we collect directly from you in order to derive your possible interests and to provide more relevant experiences for you with the Bose brand and improve Bose's products, analytics, and advertising.

# HOW WE USE YOUR INFORMATION

We, or our service providers, use your information (including any information that we collect, as described in this Privacy Policy) for various business and operational purposes depending on the types of information we have collected from and about you and the specific Bose Services you use, in order to:

- Complete a purchase or provide the Services you have requested, including invoicing and accounting
- Respond to your request for information and provide you with more effective and efficient customer service

- Provide you with updates and information about products you have purchased from us
- Review and process employment applications, as discussed further below in the "Employment Applications" section
- Contact you by email, postal mail, or phone regarding Bose and third-party products, services, surveys, research studies, promotions, special events and other subjects that we think may be of interest to you
- Customize the advertising and content on the Services
- Help us better understand your interests and needs, and improve the Services
- Engage in analysis, research, and reports regarding use of our Services
- Synthesize and derive insights from your use of different Services
- Provide, manage, and improve the Services and their performance, and test and create new products, features, and services
- Secure our websites, products, software, applications, or Bose retail stores
- Understand and resolve app crashes and other issues being reported
- Comply with any procedures, laws, and regulations which apply to us where it is necessary for our legitimate interests or the legitimate interests of others
- Establish, exercise, or defend our legal rights where it is necessary for our legitimate interests or the legitimate interests of others

*Note to Mexican users*: Please note that under Mexican law, you have 5 days from the date you provide your personal data to Bose to inform our Data Protection Officer at the contact information listed below if you object to certain uses of your data. If you would like to make such a request, please contact us and we will process your request in accordance with applicable legal requirements. If you do not make such a request within the 5-day period, you hereby consent to all uses of your data as indicated above.

**Combined Information**. For the purposes discussed in this Privacy Policy, we may combine the information that we collect through the Services with information that we receive from other sources, both online and offline, and use such combined information in accordance with this Privacy Policy.

**Aggregate/Anonymous Data.** We may aggregate and/or anonymize any information collected through the Services so that such information can no longer be linked to you or your device ("Aggregate/Anonymous Information"). We may use Aggregate/Anonymous Information for any

purpose, including without limitation for research and marketing purposes, and may also share such data with any third parties, including advertisers, promotional partners, and sponsors.

# LEGAL BASES FOR USE OF YOUR INFORMATION

The legal bases for using your information as set out in this Privacy Policy are as follows:

- Where use of your information is necessary to perform our obligations under a contract with you (for example, to comply with: the terms of service of our websites which you accept by browsing the websites/registering; and/or our contract to provide our Services to you).
- Where use of your information is necessary for our legitimate interests or the legitimate interests of others (for example, to provide security for our websites, products, software, applications, or Bose retail stores; operate our business and our Services; ensure safe environments for our staff and visitors; make and receive payments; comply with legal requirements and defend our legal rights; prevent fraud and to know the customer to whom we are providing Services).

- Where we have your consent, in accordance with applicable legal requirements, to use your information for a particular purpose.

- Where we use your information to comply with applicable legal obligations (for example, keeping track of purchases for tax and auditing purposes).

# COOKIES AND SIMILAR TECHNOLOGIES

To collect the information in the "Information We Automatically Collect" section above, we and our service providers use Internet server logs, cookies, tags, SDKs, tracking pixels, and other similar tracking technologies. We use these technologies in order to offer you a more tailored experience in

the future, by understanding and remembering your particular browsing preferences.

- A web server log is a file where website activity is stored.
- An SDK is a set of tools and/or code that we embed in our applications and software to allow third parties to collect information about how users interact with the Services.
- A cookie is a small text file that is placed on your computer or mobile device when you visit a site, that enables us to: (i) recognize your computer; (ii) store your preferences and settings; (iii) understand the web pages of the Services you have visited; (iv), enhance your user experience by delivering and measuring the effectiveness of content and advertising tailored to your interests; (v) perform searches and analytics; and (vi) assist with security and administrative functions. Some cookies are placed in your browser cache while those associated with Flash technologies are stored with your Adobe Flash Player files.
- Tracking pixels (sometimes referred to as web beacons or clear GIFs) are tiny electronic tags with a unique identifier embedded in websites, online ads and/or email that are designed to: (1) collect usage information like ad impressions or clicks and email open rates; (2) measure popularity of the Services and associated advertising; and (3) access user cookies.

As we adopt additional technologies, we may also gather information through other methods.

For more information on how to change your cookie settings, as well as the cookies we use and the purposes for which we use them, please refer to our Cookies Notice.

LINK "Cookies Notice" to https://www.bose.com/en_us/legal/cookie_policy.html]

# ONLINE ANALYTICS AND ADVERTISING

## 1. Analytics

We may use third-party web and mobile application analytics services (such as those of Google Analytics, Segment, Crashlytics, Firebase, Kinesis,

Localytics, and Bazaarvoice) on our Services to collect and analyze usage information through cookies and similar tools; engage in auditing, research, or reporting; assist with fraud prevention; and provide certain features to you. To prevent Google Analytics from using your information for analytics, you may install the Google Analytics Opt-out Browser Add-on. We may also use Adobe Analytics to analyze and optimize the performance of our websites, advertising, and content. Learn more about Adobe's privacy practices and to make choices regarding Adobe's tracking activities.

[LINK "install the Google Analytics Opt-out Browser Add-on" to https://tools.google.com/dlpage/gaoptout ]

[LINK "Adobe's privacy practices and to make choices regarding Adobe's tracking activities" to https://www.adobe.com/privacy.html ]

If you receive email from us, we may use certain analytics tools, such as clear GIFs to capture data such as when you open our message or click on any links or banners our email contains. This data allows us to gauge the effectiveness of our communications and marketing campaigns.

## 2. Online Advertising

The Services may integrate third-party advertising technologies that allow for the delivery of relevant content and advertising on the Services, as well as on other websites you visit and other applications you use. The ads may be based on various factors such as the content of the page you are visiting, information you enter such as your age and gender, your searches, demographic data, user-generated content, and other information we collect from you. These ads may be based on your current activity or your activity over time and across other websites and online services and may be tailored to your interests.

Third parties, whose products or services are accessible or advertised via the Services, may also place cookies or other tracking technologies on your computer, mobile phone, or other device to collect information about you as discussed above. We also allow other third parties (e.g., ad networks and ad

servers such as Google Analytics, DoubleClick and others) to serve tailored ads to you on the Services, other sites, and in other applications, and to access their own cookies or other tracking technologies on your computer, mobile phone, or other device you use to access the Services. We sometimes provide our customer information (such as email addresses) to service providers, who may "match" this information in de-identified form to cookies (or mobile ad identifiers) and other proprietary IDs, in order to provide you with more relevant ads when you visit other websites and mobile applications.

We neither have access to, nor does this Privacy Policy govern, the use of cookies or other tracking technologies that may be placed on your device you use to access the Services by such non-affiliated third parties. If you are interested in more information about tailored browser advertising and how you can generally control cookies from being put on your computer to deliver tailored advertising, you may visit the Network Advertising Initiative's Consumer Opt-Out link, the Digital Advertising Alliance's Consumer Opt-Out link, or Your Online Choices to opt-out of receiving tailored advertising from companies that participate in those programs. To opt out of Google Analytics for display advertising or customize Google display network ads, visit the Google Ads Settings page. We do not control these opt-out links or whether any particular company chooses to participate in these opt-out programs. We are not responsible for any choices you make using these mechanisms or the continued availability or accuracy of these mechanisms.

Please note that if you exercise the opt out choices above, you will still see advertising when you use the Services, but it will not be tailored to you based on your online behavior over time.

## 3. Mobile Advertising

When using mobile applications from Bose or others, you may also receive tailored in-application advertisements. We may use third-party service providers to deliver advertisements on mobile applications. Each operating system, e.g. iOS for Apple phones and Android for Android devices, provides

its own instructions on how to prevent the delivery of tailored in-application advertisements. We do not control how the applicable platform operator allows you to control receiving personalized in-application advertisements; thus, you should contact the platform provider for further details on opting out of tailored in-application advertisements. You may review the support materials and/or the device settings for the respective operating systems to opt-out of tailored in-app advertisements.

### 4. Notice Concerning Do Not Track.

Do Not Track ("DNT") is a privacy preference that users can set in certain web browsers. We are committed to providing you with meaningful choices about the information collected on our website for third party purposes, and that is why we provide the variety of opt-out mechanisms listed above. However, we do not currently recognize or respond to browser-initiated DNT signals. Learn more about <u>Do Not Track</u>.

[LINK "Do Not Track" TO https://allaboutdnt.com/]

# HOW WE SHARE AND DISCLOSE YOUR INFORMATION

Bose will share your information in the following ways:

- ***Affiliates and Subsidiaries.*** We may share information we collect within the Bose family of companies (e.g, Bose's manufacturing, distribution, and product development companies) to deliver products and services to you, ensure a consistent level of service across our products and Services, and enhance our products, services, and your customer experience.
- ***Service Providers.*** We provide access to or share your information with select third parties who perform services on our behalf. They have access to perform these services but are prohibited from using your information for other purposes. They provide a variety of services to

us, including billing, sales, marketing, product content and features (e.g., voice activation/recognition services), advertising, analytics, research, customer service, shipping and fulfillment, data storage, security, fraud prevention, payment processing, and legal services. Such parties currently include crash and bug analytics providers like Crashlytics, and service providers like Segment that enable us to connect your Bose products to your device and provide us with analytics for internal purposes.

- ***Music Streaming and Other Third-party Services.*** When you initiate a connection with a third-party streaming service through the Services, we will share information about you that is required to enable delivery of the third-party content (e.g. your streaming service log-in credentials). Similarly, if you use a third-party service that works in connection with your Bose product, you acknowledge that information may be shared with the third party during the connection (e.g. information about how you use your Bose product). If you choose to initiate these connections, you agree that the third-party's policies and terms, and not Bose's, govern these connections. We urge you to read the privacy and security policies of these third-parties.

- ***Protection of Bose and Others.*** By using the Services, you acknowledge and agree that we may access, retain and disclose the information we collect and maintain about you if required to do so by law or in a good faith belief that such access, retention or disclosure is reasonably necessary to: (a) comply with legal process (e.g. a subpoena or court order); (b) enforce our Terms of Service, this Privacy Policy, or other contracts with you, including investigation of potential violations thereof; (c) respond to claims that any content violates the rights of third parties; (d) respond to your requests for customer service; and/or (e) protect the rights, property or personal safety of Bose, its agents and affiliates, its users and/or the public. This includes exchanging information with other companies and organizations for fraud protection, and spam/malware prevention, and similar purposes.

- **Business Transfers.** As we continue to develop our business, we may buy, merge, or partner with other companies. In such transactions, (including in contemplation of such transactions) user information may be among the transferred assets. If a portion or all of Bose's assets are sold or transferred to a third-party, customer information (including your email address) would likely be one of the transferred business assets. If such transfer is subject to additional mandatory restrictions under applicable laws, Bose will comply with such restrictions.
- **Bose Learning Hub.** If you use the Bose Learning Hub in connection with your employment, we may share information about the training modules and other activities in which you participate and complete through the Learning Hub and based on our applicable agreement with your employer.
- **Bose Ventures.** If you submit information to Bose Ventures in connection with seeking potential funding for your business concept, we may share information with other investors, fund, and angel groups in our sole and absolute discretion in connection with facilitating a possible investment in your business.
- **Public Forums.** Certain features of our Services make it possible for you to share comments publicly with other users. Any information that you submit through such features is not confidential, and Bose may use it for any purpose (including in testimonials or other marketing materials). For example, if you submit a product review on one of our sites, we may display your review (along with the name provided, if any) on other Bose websites and on third-party websites. Moreover, some of the Services may allow you to share information publicly with other users so that they may benefit from it (e.g. sharing the sound frequency of a music venue). Any information you post openly in these ways will be available to the public at large and potentially accessible through third-party search engines. Accordingly, please take care when using these features.
- **Aggregate/Anonymous Information.** From time to time, Bose may share Aggregate/Anonymous Information about use of the Services,

such as by publishing a report on usage trends. The sharing of such data is unrestricted.

*Note for Mexican users:* By virtue of this Privacy Notice, you agree to the sharing of your personal data as provided herein, unless you expressly oppose such transfer by contacting us using the Bose contact information below.

# RETENTION OF YOUR INFORMATION

We keep your information for no longer than necessary for the purposes for which it is processed. The length of time for which we retain information depends on the purposes for which we collected and use it and/or as required to comply with applicable laws.

# DATA SUBJECT RIGHTS AND YOUR CHOICES

You have certain rights with respect to your information as further described in this section.

## 1. Your Legal Rights

If you would like further information in relation to your legal rights under applicable law, please contact our Data Protection Officer using the information in the "Bose Contact Information" section below at any time. To exercise any of your rights please fill out our request form or email us at privacyandsecurity@bose.com. If you are a California or Nevada resident, please see the "Information for California Residents" or "Information for Nevada Residents" sections of the policy for the data rights that are applicable to you. Your local laws may permit you to request that we:

[LINK "fill out our request form" TO https://privacyportal.onetrust.com/webform/b82a9746-9790-433c-8b8c-

45748a31fd78/11c64536-ceb7-4cf8-aa1a-a57b099f5304] opening in a new tab

[EMAIL to open in email window To: mailto:privacyandsecurity@bose.com]

- provide access to and/or a copy of certain information we hold about you
- prevent the processing of your information for direct-marketing purposes (including any direct marketing processing based on profiling)
- update or rectify information which is out of date or incorrect
- delete certain information which we are holding about you
- oppose, cancel, or restrict the way that we process and disclose certain information
- transfer your information to a third-party provider of services
- revoke your consent for the processing of your information

We will consider all requests and provide our response within the time period stated by applicable law. Please note, however, that certain information may be exempt from such requests in some circumstances, which may include if we need to keep processing your information for our legitimate interests or to comply with a legal obligation. We may request you provide us with information necessary to confirm your identity before responding to your request as required or permitted by applicable law.

## 2. Marketing Communications and Sharing

You may instruct us not to use your contact information to contact you by email, postal mail, or phone regarding products, services, promotions and special events that might appeal to your interests by contacting us using the information below. In commercial email messages, you can also opt out by following the instructions located at the bottom of such emails. Please note that, regardless of your request, we may still use and share certain information as permitted by this Privacy Policy or as required by applicable law. For example, you may not opt out of certain operational communications, such as those reflecting our relationship or transactions with you.

## 3. Placing an Order for Bose Products

To place an order on our websites, you must have cookies enabled. If you would like to place an order for Bose products or services but you have disabled cookies, please call us at 1-800-999-2673 to place your order by phone or visit our Contact us page for additional Bose contact information. [LINK "Contact us" to https://www.bose.com/en_us/contact_us.html]

### 4. Bose Connect App Data Collection Opt Out

If you are a user of the Bose Connect Application, you can opt out of the collection of diagnostic and usage data by visiting the Privacy Policy & Settings menu in the Bose Connect Application.

### 5. Cross-device Tracking Opt Out

If you wish to opt out of cross device tracking for purposes of interest-based advertising, you may do so through your Android or Apple device-based settings.

# THIRD PARTY LINKS AND FEATURES

The Services may connect with third-party websites (e.g., social media sites like Facebook and Twitter), third-party plug-ins (e.g., the Facebook "like" button and Twitter "follow" button), and third-party functionalities (e.g. Alexa). If you choose to use these sites or features, you may disclose your information not just to those third-parties, but also to their users and the public more generally depending on how their services function. Bose is not responsible for the content or practices of such third-party websites or services. The collection, use, and disclosure of your information will be subject to the privacy policies of the third-party websites or services, and not this Privacy Policy. We urge you to read the privacy and security policies of these third parties.

# CHILDREN'S PRIVACY

The Services are intended for general audiences and not for children under the age of 13. If we become aware that we have collected "personal information" (as defined by the United States Children's Online Privacy Protection Act) from children under the age of 13 without legally-valid parental consent, we will take reasonable steps to delete it as soon as possible. We do not knowingly process data of EU residents under the age of 16 without parental consent. If we become aware that we have collected data from an EU resident under the age of 16 without parental consent, we will take reasonable steps to delete it as soon as possible. We also comply with other age restrictions and requirements in accordance with applicable local laws.

# INFORMATION FOR CALIFORNIA RESIDENTS

If you are a California resident, California law requires us to provide you with some additional information regarding your rights with respect to your "personal information" (as defined in the California Consumer Privacy Act ("CCPA")). We describe the categories of personal information we collect, the sources and uses of such information, and the entities to which we share such information in our California Privacy Notice of Collection.

[US ONLY, LINK TO "California Privacy Notice of Collection" to the new California Privacy Notice page]

## A.   California Data Access and Deletion Rights

If you are a California resident, the CCPA allows you to make certain requests about your personal information. Specifically, the CCPA allows you to request us to:

- Inform you about the categories of personal information we collect or disclose about you; the categories of sources of such information; the business or commercial purpose for collecting your personal information; and the categories of third parties with whom we share/disclose personal information.
- Provide access to and/or a copy of certain personal information we hold about you.

- ▪ Delete certain personal information we have about you.
- ▪ Provide you with information about the financial incentives that we offer to you, if any.

The CCPA further provides you with the right to not be discriminated against (as provided for in applicable law) for exercising your access, deletion, or sale opt out rights.

Please note that certain information may be exempt from such requests under California law. For example, we need certain information in order to provide the Services to you.

Verification: We will take reasonable steps to verify your identity before responding to a request, which may include, at a minimum, depending on the sensitivity of the information you are requesting and the type of request you are making, verifying your name and email address.

You are also permitted to designate an authorized agent to submit certain requests on your behalf. In order for an authorized agent to be verified, you must provide the authorized agent with signed, written permission to make such requests or a power of attorney. We may also follow up with you to verify your identity before processing the authorized agent's request.

If you would like further information regarding your legal rights under California law or would like to exercise any of them, please fill out our request form or call 1-800-379-2073. You can also email us for further inquiries at privacyandsecurity@bose.com.

[LINK "fill out our request form" TO https://privacyportal.onetrust.com/webform/b82a9746-9790-433c-8b8c-45748a31fd78/11c64536-ceb7-4cf8-aa1a-a57b099f5304] opening in a new tab

[EMAIL to open in email window To: mailto:privacyandsecurity@bose.com]

Please note that the CCPA sets forth certain obligations for businesses that "sell" personal information to third parties. We do not engage in such activity and have not engaged in such activity in the past twelve months from the effective date of this Privacy Policy.

## B. California "Shine the Light" Disclosure

The California "Shine the Light" law gives residents of California the right under certain circumstances to opt out of the sharing of certain categories of personal information (as defined in the Shine the Light law) with third parties for their direct marketing purposes. We do not share your personal information with third parties for their own direct marketing purposes.

# INFORMATION FOR NEVADA RESIDENTS

Under Nevada law, Nevada residents who have purchased goods or services from us may opt out of the "sale" of "covered information" (as such terms are defined under Nevada law). "Covered information" includes, among other things, first and last name, address, email address, and phone number. If you are a Nevada resident who has purchased goods or services from us, you may submit a request to opt out of any future sales under Nevada law by contacting us via email at privacyandsecurity@bose.com. Please note we may take reasonable steps to verify your identity and the authenticity of the request.

[EMAIL to open in email window To: mailto:privacyandsecurity@bose.com]

# INFORMATION FOR INTERNATIONAL USERS

Please note that in providing services to you, Bose may subcontract the processing of your data to, or otherwise share your data with, other members within the Bose group, trusted service providers, and trusted business partners in countries other than your country of residence, including the United States, in accordance with applicable law. Such third parties may be engaged in, among other things, the provision of Services to you, the processing of transactions and/or the provision of support services. By providing us with your information, you acknowledge any such transfer, storage or use.

If you live in the EEA, please note that if we provide any information about you to any non-EEA members of our group or third-party information processors, we will take appropriate measures to ensure such companies protect your information adequately in accordance with this Privacy Policy. These measures include signing Standard Contractual Clauses in accordance with EU and other data protection laws to govern the transfers of such data. For more information about these transfer mechanisms, please contact us as detailed in the "Bose Contact Information" section below.

If applicable, you may make a complaint to the data protection supervisory authority in the country where you are based. Alternatively, you may seek a remedy through local courts if you believe your rights have been breached.

*Note for users from Argentina.* Pursuant to National Directorate for Personal Data Protection Disposition 10/2008, I have been informed that: "Data subjects have the right to access their data free of charge at intervals no shorter than 6 months, unless a legitimate interest for doing so is proved, pursuant to section 14, subsection 3 of Act 25,326. The National Directorate for Personal Data Protection, control organ of Act 25,326, has the power to hear all claims made in relation to non-compliance with personal data protection regulations." If you wish to access your data, please contact us using the contact information listed below.

# HOW WE PROTECT YOUR INFORMATION

Bose takes technical and organizational security measures to protect your information against accidental or unlawful destruction or accidental loss, alteration, unauthorized disclosure or access. However, no method of transmission over the internet, and no means of electronic or physical storage, is absolutely secure. As such, you acknowledge and accept that we cannot guarantee the security of your information transmitted to, through, or on our Services or via the Internet and that any such transmission is at your own risk.

Where we have given you (or where you have chosen) a password which enables you to access to a Bose account, you are responsible for keeping this password confidential. We ask you not to share a password with anyone.

# EMPLOYMENT APPLICATIONS

The Services may contain careers sections that link to websites where you can apply for employment at Bose. These linked employment websites are not hosted by Bose, and instead are administered by Workday, our service provider. These websites collect a variety of information, including your contact information and your job qualifications. They also use cookies and other means of collecting information, but such information is used only for analytics purposes and to enable you to complete your application. Any information that Bose collects from Workday in connection with the employment websites is handled consistent with this Privacy Policy. Bose will use and share your information only for employment purposes, such as evaluating you for a job opportunity or communicating with you about your interests, and where sharing is required by law. Bose has entered into an agreement with Workday governing the processing of employment application information, and Workday is permitted to access, use and share your information only as necessary to perform the functions that Bose directs it to perform. That agreement also requires Workday to abide by the terms of the European Commission approved standard contractual clauses for data processors with respect to applicant data from EU residents. If you have any questions about the handling of your employment application data, please contact us through one of the methods described below.

# CHANGES TO OUR PRIVACY POLICY

We reserve the right to amend this Privacy Policy at any time to reflect changes in the law, our data collection and use practices, the features of our Services, or advances in technology. We will make the revised Privacy Policy accessible through the Services, so you should review the Policy periodically.

You can know if the Privacy Policy has changed since the last time you reviewed it by checking the "Effective Date" included at the beginning of the document. If we make a material change to the Policy, you will be provided with appropriate notice in accordance with legal requirements. By continuing to use the Services, you are confirming that you have read and understood the latest version of this Privacy Policy.

# BOSE CONTACT INFORMATION

If you wish to contact us or have any questions about or complaints in relation to this Privacy Policy, please email us at privacyandsecurity@bose.com or visit our Contact us page for additional Bose contact information

[EMAIL to open in email window To: mailto:privacyandsecurity@bose.com]

[LINK "Contact us" to https://www.bose.com/en_us/contact_us.html]

You may also contact our Data Protection Officer by using the email address above or by postal mail at the following address: Bose Corporation, The Mountain, Framingham, MA 01701.