UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL SMART,

    Plaintiff,

v.                                            Case No: 5:21-cv-142-JSM-PRL

BOSE CORPORATION,

    Defendant.

### ORDER

The motion to appear *pro hac vice* of Aarti Reddy, Esq. (Doc. 13), is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Ocala, Florida on April 16, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties