# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MICHAEL SMART, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

BOSE CORPORATION,

    Defendant.

Case No. 5:21-cv-00142-JSM-PRL

## NON-PARTY BANANA REPUBLIC, LLC'S
## NOTICE OF FILING MOTION TO TRANSFER

Pursuant to Local Rule 1.07(a)(2)(B), counsel for non-party Banana Republic, LLC ("Banana Republic") hereby notifies this Court that Banana Republic has moved to transfer the case styled *Holden v. Banana Republic, LLC*, 3:21-cv-268-BJD-JRK to this Court.

A copy of Banana Republic's Motion to Transfer Case and Motion to Stay Proceedings Pending Ruling is attached hereto as <u>Exhibit A</u>.

    Respectfully submitted,

    /s/ Ashley Bruce Trehan
    Ashley Bruce Trehan, FBN 0043411
    ashley.trehan@bipc.com
    Jordan D. Maglich, FBN 0086106
    jordan.maglich@bipc.com
    BUCHANAN INGERSOLL & ROONEY PC
    401 E. Jackson Street, Suite 2400
    Tampa, FL 33602
    Tel: (813) 228-8180
    Fax: (813) 229-8189

and

COOLEY LLP
Michael G. Rhodes, CBN 116127
(admitted *pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222
Email:         rhodesmg@cooley.com
*Attorneys for Non-Party Banana Republic, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2021, I electronically filed the foregoing and its attachment with the Clerk of the Court by using the CM/ECF system, which will serve a copy on all counsel of record.

/s/ Ashley Bruce Trehan
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189
*Attorneys for Non-Party Banana Republic, LLC*