# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MICHAEL SMART, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

BOSE CORPORATION,

        Defendant.

Case No. 5:21-cv-00142-JSM-PRL

## NON-PARTY LUMEN TECHNOLOGIES, INC. F/K/A CENTURYLINK, INC.'S NOTICE OF FILING MOTION TO TRANSFER

Pursuant to Local Rule 1.07(a)(2)(B), counsel for non-party Lumen Technologies, Inc. f/k/a Centurylink, Inc. ("CenturyLink") hereby notifies this Court that CenturyLink has moved to transfer the case styled *Benstine v. Lumen Technologies, Inc. f/k/a Centurylink, Inc.*, 2:21-cv-275-JLB-NPM, to this Court.

A copy of CenturyLink's Motion to Transfer Case and Unopposed Motion to Stay Proceedings Pending Ruling is attached hereto as Exhibit A.

        Respectfully submitted,

        /s/ Ashley Bruce Trehan
        Ashley Bruce Trehan, FBN 0043411
        ashley.trehan@bipc.com
        Jordan D. Maglich, FBN 0086106
        jordan.maglich@bipc.com
        BUCHANAN INGERSOLL & ROONEY PC
        401 E. Jackson Street, Suite 2400
        Tampa, FL 33602
        Tel: (813) 228-8180
        Fax: (813) 229-8189

and

Dana J. Moss (DC Bar No. 1003416)
(Admitted *pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
dmoss@cooley.com
(*pro hac vice* motion forthcoming)

*Attorneys for Non-Party
Lumen Technologies, Inc. f/k/a
CenturyLink, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2021, I electronically filed the foregoing and its attachment with the Clerk of the Court by using the CM/ECF system, which will serve a copy on all counsel of record.

/s/ Ashley Bruce Trehan
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189
*Attorneys for Non-Party
Lumen Technologies, Inc. f/k/a
CenturyLink, Inc.*