# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| MICHAEL SMART, *individually and on behalf of all others similarly situated*,<br><br>  Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>  Defendant. | No. 5:21-cv-00142-JSM-PRL |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Defendant Bose Corporation ("Defendant" or "Bose"), pursuant to Federal Rule of Civil Procedure 6(b) and through its undersigned counsel, hereby moves this Court for an extension of time to respond to Plaintiff's First Amended Class Action Complaint, through and including June 4, 2021. Plaintiff consents to the requested extension. In support, Defendant states as follows:

1. On April 30, 2021, Plaintiff, individually and on behalf of others purportedly similarly situated, filed a First Amended Class Action Complaint ("Amended Complaint") (Doc. 26) against Defendant.

2. Defendant's current deadline to respond to the Amended Complaint is May 14, 2021. *See* Fed. R. Civ. P. 15(a)(3).

3. Defendant requires additional time to evaluate the allegations contained in the Amended Complaint, and respectfully seeks an extension to respond to the Amended Complaint through and including June 4, 2021.

4. Defendant's requested extension is sought in good faith, is not interposed for purposes of delay, and will not prejudice any party if granted. Defendant has conferred with Plaintiff's counsel who has indicated that Plaintiff does not oppose the requested extension. This is Defendant's first requested extension of time to respond to the Amended Complaint.

WHEREFORE, Defendant Bose Corporation respectfully requests entry of an Order granting an extension of time through and including June 4, 2021, for Defendant to respond to the Amended Complaint, and for all such further relief as this Court deems just and proper.

### Local Rule 3.01(g) Certification

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiff who has indicated Plaintiff does not oppose the requested relief.

Respectfully submitted,

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL  33602
Tel: (813) 228-8180
Fax: (813) 229-8189

and

COOLEY LLP
Michael G. Rhodes, CBN 116127
(admitted *pro hac vice*)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222
Email:          rhodesmg@cooley.com

*Attorneys for Defendant Bose Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jordan D. Maglich
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189

*Attorneys for Defendant Bose Corporation*