# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| MICHAEL SMART, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>    Defendant. | Case No.  5:21-cv-00142-JSM-PRL |

## DEFENDANT BOSE CORPORATION'S REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS (DOC. 30)

Defendant Bose Corporation ("Bose"), by and through the undersigned counsel and pursuant to Middle District of Florida Local Rule 3.01(h), respectfully requests oral argument on its Motion to Dismiss the First Amended Class Action Complaint (Doc. 30).

Bose believes oral argument would assist the Court in understanding and resolving the Motion to Dismiss given that the arguments involve an issue of first impression and have implications for dozens of other similar putative class actions recently filed concerning the same claim under the Florida Security of Communications Act, Fla. Stat. §§ 934.01 *et seq*.

A one-hour hearing would be necessary for oral argument.

Respectfully submitted,

/s/ Ashley Bruce Trehan
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL  33602
Tel: (813) 228-8180
Fax: (813) 229-8189

and

COOLEY LLP
Aarti Reddy (California State Bar No. 274889)
(admitted *pro hac vice*)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222
Email:         areddy@cooley.com

*Attorneys for Defendant*
*Bose Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Ashley Bruce Trehan
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 228-8180
Fax: (813) 229-8189

*Attorneys for Defendant Bose Corporation*