UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL SMART, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 5:21-cv-00142-JSM-PRL |
| vs. | **JURY TRIAL DEMANDED** |
| BOSE CORPORATION, | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Michael Smart, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Michael Smart, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 07, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on June 07, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                         **SHAMIS & GENTILE, P.A.**
                         14 NE 1st Ave., Suite 705
                         Miami, FL 33132
                         Telephone (305) 479-2299
                         Facsimile (786) 623-0915
                         Email: efilings@sflinjuryattorneys.com

By:   */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754


*Counsel for Plaintiff and the Class*