## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

MICHAEL SMART,

      Plaintiff,

v.                                                            Case No: 5:21-cv-142-JSM-PRL

BOSE CORPORATION,

      Defendant.

_____

### ORDER OF DISMISSAL

    Before the Court is the Notice of Dismissal without Prejudice (Dkt. 34).   Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 7th day of June, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record